UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ruben Tavarez,

              Petitioner

v.

Gloria Najera,

              Respondent

Case No. 2:26-cv-00496-CDS-NJK

**Order Granting Petitioner's
Unopposed Motion for Leave**

[ECF No. 10]

On June 4, 2026, petitioner Ruben Tavarez filed a motion for leave to file a second amended petition for writ of habeas corpus. ECF No. 10. On June 10, 2026, the respondent filed a non-opposition to Taverez's motion. ECF No. 11. Upon review of Tavarez's motion, I find good cause exists to grant leave to amend. Accordingly, Tavarez must file a second amended petition by June 26, 2026. Any response to the second amended petition is due within fourteen days of the petition's filing.

In filing a response, the respondent must also provide a copy of any and all of the following (if applicable): (1) I-200 Warrant for Arrest of Alien; (2) Form I-286 Initial Custody Determination; (3) I-862 Notice to Appear; (4) Form I-213 Record of Deportable or Inadmissible Alien; (5) all immigration court orders in Petitioner's removal proceedings; (6) documents certifying any appeal of any immigration court orders by Department of Homeland Security or Petitioner; (7) transcripts and/or audio recordings of any custody redetermination proceedings. Alternatively, the respondent may CERTIFY that any of these listed documents are not in her custody or control. The petitioner's reply is due within five days of the respondent filing her response.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge