Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org

*Attorney for Petitioner Ruben Tavarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Ruben Tavarez, | |
|---|---|
| Petitioner | Case No. 2:26-cv-00496-CDS-NJK |
| v. | **Order Granting Unopposed Motion for Extension of Time to File Second Amended Petition** |
| Gloria Najera, *et al.*, | **(First request)** |
| Respondents | [ECF No. 13] |

Petition Ruben Tavarez respectfully asks this Court to extend the deadline for filing a second amended petition by 90 days, until September 24, 2026.

On February 23, 2026, Tavarez filed a *pro se* petition for habeas corpus pursuant to 28 U.S.C. §2254.[1] After being appointed counsel. Tavarez filed a protection petition and motion for leave to file a second amended petition on June 4, 2026.[2] This court granted the motion and a second amended petition is now due on June 26, 2026.[3]

Undersigned counsel respectfully suggests that additional time is necessary to properly prepare the reply to answer in this case.

Counsel has been working on and will continue to work on many competing professional obligations between the time she entered her appearance in this case and the requested September 24, 2026 deadline for the second amended petition. Those obligations include, among others, a second amended petition in *Blaylock v. Oliver,* 2:25-cv-0782-JAD-NJK (D. Nevada); an opposition to a motion to dismiss in *Ojeda v. Royal,* 3:25-cv-00018-ART-CLB (D. Nevada); an opposition to a motion to dismiss in *Ferguson v. Reubart*, 2:23-cv-00299-CDS-NJK (D. Nevada); a reply in *Christy v. Hutchins*, 2:21-cv-00123-APG-BNW (D. Nevada); and a habeas petition in *Knight v. State of Nevada,* 2:24-cv-0978-APG-NJK (D. Nevada), in additional to various immigration habeas cases that continue to arise. Counsel suggests these additional obligations further support the requested extension in this case.

---

[1] ECF No. 1.

[2] ECF No. 8; 10.

[3] ECF No. 12. In this Order, the Court directs Respondents to provide copies of various immigration-related documents. *Id.* However, because this is case filed under 28 U.S.C. §2254 and not 28 U.S.C. §2241, these documents are not relevant here.

2

On June 22, 2026, counsel for Respondents, Eric Hoshizaki, notified undersigned counsel that he did not object to this request for additional time.

In sum, counsel requests an additional 90 days, up to and including, September 24, 2026, to file a second amended petition. This motion is not filed for the purposes of delay but in the interests of justice, as well as Mr. Ruben's interests. Counsel respectfully asks the Court to grant the requested extension.

Dated June 24, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
Cristina D. Silva
United States District Judge

Dated: June 24, 2026