UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ruben Tavarez,

Petitioner

v.

Gloria Najera, et al.,

Respondent

Case No. 2:26-cv-00496-CDS-NJK

**Order Granting Petitioner's Motion to Extend and Amending the Order Granting Leave to File Second Amended Petition**

[ECF Nos. 12, 15]

Petitioner Ruben Tavarez moves for an extension of time to file his reply. ECF No. 15. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

In addition, I amend my order granting Tavarez's unopposed motion for leave to file a second amended petition because the briefing schedule and instructions for the respondent to file the listed documents were entered in error. ECF No. 12. Tavarez has until November 23, 2026, to file his second amended petition. All other instructions set forth in the Scheduling Order (ECF No. 7) remain in effect.

It is therefore ordered that petitioner Ruben Tavarez's second motion for extension of time **[ECF No. 15] is granted**. Tavarez has until November 23, 2026, to file his second amended petition.

It is further ordered that the order granting Tavarez leave to file a second amended petition is amended as set forth herein.

Dated: October 22, 2026

Cristina D. Silva
United States District Judge